| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMBER LOUISE JUSTUS, <br><br> Defendant. | 4:23-cr-40024-04-LLP <br><br><br> DEFENDANT AMBER JUSTUS'S REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b), 609(b), and 807(b) |

Defendant above-named, Amber Louise Justus, by and through the undersigned counsel of record, Tierney C. Scoblic, requests that the United States Attorneys' Office provide the undersigned with the following:

1. Notice of the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence;

2. Notice of any conviction or convictions with respect to which a period of more than 10 years has elapsed since the date of conviction, pursuant to the provisions of Fed. R. Evid. 609(b), which the United States intends to offer at trial for the purpose of attacking the credibility of Defendant or any witness, sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence;

3. Notice of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Fed. R. Evid. 807 sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence.

Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Dated this 16th day of March, 2023.

FULLER, WILLIAMSON, NELSEN
& PREHEIM, LLP

 /s/ Tierney C. Scoblic
Tierney C. Scoblic
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
tscoblic@fullerandwilliamson.com
*Attorney for Defendant Justus*

**Certificate of Service**

I certify that on March 16, 2023, I e-filed and served via CM/ECF Filer (PACER), a true and correct copy of Defendant Amber Justus's Request for Notice Pursuant to Fed. R. Evid. 404(b), 609(b), and 807(b), on:

Mark Hodges (Mark.Hodges@usdoj.gov)
UNITED STATES ATTORNEY'S OFFICE
 *Attorney for Plaintiff*

 /s/ Tierney C. Scoblic
One of the Attorneys for Defendant Amber Justus