## REPORT OF APPARENT VIOLATION OF PRETRIAL RELEASE CONDITIONS

| | |
|---|---|
| **Defendant**: | Amber Louise Justus |
| **Address:** | Sioux Falls, South Dakota |
| **CR #:** | 4:23CR40024-004 |
| **Date Bond Set:** | 03/15/2023 |
| **Judicial Officer:** | Veronica L. Duffy, U.S. Magistrate Judge |
| **Type of Bond:** | Personal Recognizance Bond |

**Conditions of release (list only those relative to apparent violation):**

(6) The defendant must keep all meetings with pretrial services as directed.

(8) The defendant may not possess or use any controlled substance or narcotic drug unless it is a substance that has been validly prescribed by a medical doctor for the defendant's use. Marijuana is prohibited even if prescribed.

(9) The defendant must immediately submit to testing of her blood, breath, urine or sweat when asked to do so to detect the use of drugs. The defendant promises not to take any steps that are designed to mask the results of such testing or interfere with the testing.

**Description of apparent violation(s):**

On 02/26/2024 the probation office sent a text to Ms. Justus stating she needed to come to the office the following day during business hours.

On 02/27/2024 Ms. Justus responded she would be in around 3:00 p.m. or just before. Ms. Justus showed up to the office at 3:45 p.m. She was asked to submit to a urinalysis and agreed. Ms. Justus attempted to provide a sample and explained "she could not go." Attempts were made until 5:00 p.m. at which time she was told she needed to return in the morning for another sample. Ms. Justus said she could come in at 10:00 a.m.

On 02/28/2024 Ms. Justus texted the probation office at 3:22 p.m. that she had just woke up and was on her way. Attempts were again made until 5:00 p.m. and she again failed to produce a urine sample. A small amount was collected and showed positive results for methamphetamine. The sample was too small to send to the lab for confirmation, and Ms. Justus denied use. She was instructed to text or call the probation office the following morning at 8:00 a.m. to set up another time to come to the office.

On 02/29/2024 Ms. Justus texted the probation office at 10:40 a.m. stating she was at work. The probation office went to Ms. Justus' work to attempt to retrieve a urine sample. Ms. Justus stated

she "had just gone ten minutes ago," and again failed to provide a sample.

**Summary of defendant's response to supervision (prior to apparent violation):**

Ms. Justus followed through with her court ordered obligations to get an assessment. The recommendation was for Ms. Justus to complete group counseling, which she completed.

**Summary of the probation office's activities to address and resolve noncompliant conduct:**

The probation office gave Ms. Justus multiple opportunities to provide a urine sample and failed to do so.

**Probation office's recommendation (e.g., continue supervision, detention, modification, etc.):**
It is requested the defendant appear before the Court to address the allegations.

I declare under penalty of perjury that the foregoing is true and correct.

03/01/2024

Rena Jensen
U.S. Probation/Pretrial Services Officer
U.S. Probation & Pretrial Services Office
314 S. Main Ave., Ste 100
Sioux Falls, SD   57104-6474
(605)977-8921
rena_jensen@sdp.uscourts.gov

Melisa Forest                                    Date:   03/01/2024
Supervisory U.S. Probation Officer