UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-40024-4 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| AMBER LOUISE JUSTUS, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Amber Louise Justus.

Beginning on an unknown date and continuing until on or about March 7, 2023, two or more persons reached an agreement or came to an understanding to distribute methamphetamine, a Schedule II controlled substance, in the District of South Dakota.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine sometime in 2022 while it was still in effect.

At the time that I joined the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

During my involvement, I obtained methamphetamine from a co-conspirator and then distributed it to others. My co-conspirator knew that I

would distribute the methamphetamine I received from her to others in South Dakota. On January 26, 2023 I sold an ounce of methamphetamine to someone who, unbeknownst to me at the time, was working as a confidential informant for law enforcement. Then on February 2, 2023, I sold the same confidential informant two more ounces of methamphetamine. In this way, I was personally involved in the distribution of 500 grams or more of a mixture and substance containing methamphetamine.

My involvement in the conspiracy ended with my arrest on March 14, 2023.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

05/15/2024
Date

Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2346
Facsimile: (605)330-4410
E-Mail: mark.hodges@usdoj.gov

2

5-15-2024

Date

5-15-24

Date

Amber Louise Justus
Defendant

Tierney Scoblic
Attorney for Defendant